FREEMAN et al. v. W. B. WALKER & SONS. (No. 5395.)†

(Court of Civil Appeals of Texas. Austin. Feb. 18, 1915. Rehearing Denied March 24, 1915.)

Appeal from Travis County Court; Wm. Von Rosenberg, Jr., Judge.

Action between Thomas J. Freeman, receiver, and another, and W. B. Walker & Sons. From a judgment for the latter, the former appeal. Affirmed in part and reversed in part.

Fisher & Fisher and Robt. L. Thompson, all of Austin, and Wilson, Dabney & King, of Houston, for appellants. F. C. Morse and A. S. Phelps, both of Austin, for appellee.

RICE, J. The parties to this case being the same as, and the issues involved being identical with, those in the case of Thomas J. Freeman, Receiver, et al. v. W. B. Walker & Sons, No. 5396, 175 S. W. 1133, this day decided by this court, except as to the time of shipment, the amounts involved, and the place from which shipment was made, therefore, for the reasons stated in disposing of said case, the judgment in this case is affirmed in part and in part reversed and rendered.